■ Boubacar Drame et al., Respondents, v Ambulette P.R.N., Inc., et al., Appellants. [26 NYS3d 853]—

Order, Supreme Court, Bronx County (Larry S. Schachner, J.), entered on or about September 24, 2015, which, to the extent appealed from as limited from the briefs, denied defendants' motion to preclude the testimony of plaintiffs' neurologist, or in the alternative, to allow defendants to conduct a neurological exam and further orthopedic exam, unanimously reversed, on the law and the facts and in the exercise of discretion, without costs, and the motion granted to the extent indicated.

In view of plaintiffs' noncompliance with 22 NYCRR 202.17, we believe the trial court improvidently exercised its discretion insofar as it denied defendants' motion for a further physical examination by Dr. Frazier and a neurologist of the injured plaintiff. Such further examinations shall take place within 30 days of this order. Concur—Tom, J.P., Friedman, Saxe and Richter, JJ.